IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA DREW ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TUTOGEN MEDICAL, INC. a foreign corporation, ) | Case No. 08-C-970 |
| BIOMEDICAL TISSUE SERVICES, LTD. a foreign ) | |
| corporation, ZIMMER DENTAL, INC. a foreign ) | |
| corporation and APPTEC LABORATORY ) | |
| SERVICES, INC. a foreign corporation. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008 I served **Defendant AppTec Laboratory Services, Inc.'s Answer to Plaintiff's Complaint at Law** with the Clerk of the Court using the ECF system which will send notification of such filing to Spyridon J. Demakis and all parties entitled to receive ECF notification. I also certify that copies of the same were served to:

>   Kevin J. McNamara, Esq.        J. Stephen Bennett
>   McNamara & Austin, P.C.        Kelly S. Witte
>   25 E. Washington Street        Baker & Daniels, LLP
>   Suite 1501                     111 E. Wayne Street
>   Chicago, IL  60602             Fort Wayne, IN  46802

by depositing the copies in the U.S. Mail at 233 S. Wacker Drive, Chicago, Illinois.

>   Respectfully submitted,

>   By: /s/ P. Mark Crane
>         P. Mark Crane
>   Segal McCambridge Singer & Mahoney, Ltd.
>   233 South Wacker Drive - Suite 5500
>   Chicago, Illinois 60606
>   (312) 645-7800
>   *Attorneys for AppTec Laboratory Services, Inc*

**#938764.1**