IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DONNA DREW,

    Plaintiff,

-vs-

TUTOGEN MEDICAL, INC.,
BIOMEDICAL TISSUE SERVICES, LTD.,
ZIMMER DENTAL, INC., and APPTEC, INC.,

    Defendants.

Case No.: 08 C 970

Removal of Civil Action
From the Circuit Court of Cook County
Case No. 08 L 0090
First District, Law Division

## JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiffs named in the above-captioned litigation and defendant, Tutogen Medical (United States), Inc. ("Tutogen"), that the time in which Tutogen has to respond to plaintiffs' Summons and Complaint is stayed until such time as the Judicial Panel on Multidistrict Litigation makes a determination of the venue of this action. Tutogen shall have until twenty (20) days to respond after denial of transfer of this action by the Judicial Panel on Multidistrict Litigation or in the event the action is transferred, to conform with the transferee court's pretrial order with respect to such deadlines.

Dated: Chicago, Illinois
       February 26, 2008

By: _____
Kevin J. McNamara
MCNAMARA & AUSTIN, P.C.
25 E. Washington Street, Suite 1501
Chicago, Illinois 60602
*Counsel for Plaintiff*

_____
Spyridon J. Demakis (ARDC: 6215959)
CUNNINGHAM, MEYER & VEDRINE, P.C.
111 West Washington Street, Suite 937
Chicago, Illinois 60606
*Local Counsel for Tutogen Medical (United States), Inc.*

SO ORDERED:

_____
Honorable Blanch M. Manning
United States District Court Judge