IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA DREW,<br><br>        Plaintiff,<br><br>-vs-<br><br>TUTOGEN MEDICAL, INC.,<br>BIOMEDICAL TISSUE SERVICES, LTD.,<br>ZIMMER DENTAL, INC., and APPTEC, INC.,<br><br>        Defendants. | Case No.: 08 C 970<br><br>Removal of Civil Action<br>From the Circuit Court of Cook County<br>Case No. 08 L 0090<br>First District, Law Division |

### NOTICE OF MOTION

To:    Kevin J. McNamara                         Neville & Mahoney
        McNamara & Austin, P.C.           221 N. LaSalle Street, Suite 2100
        25 E. Washington Street, Suite 1501  Chicago, Illinois 60601
        Chicago, Illinois 60602

      PLEASE TAKE NOTICE that on **Tuesday, March 4, 2008** at **11:00 a.m.,** the undersigned shall appear before the **Honorable Judge Blanche Manning,** in the courtroom usually occupied by her, **Courtroom 2125,** at the U.S. District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, and shall then present the attached **DEFENDANT TUTOGEN MEDICAL (UNITED STATES), INC.'S JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT,** unless otherwise instructed by the Court, a copy of which is attached and hereby served upon you.

| | | |
|---|---|---|
| Name: | Spyridon J. Demakis | Attorney for: Defendant |
| | Cunningham, Meyer & Vedrine, P.C. | **TUTOGEN MEDICAL (UNITED STATES), INC.** |
| Address: | 111 W. Washington Street, Suite 937 | ARDC: 6215959 |
| City/State: | Chicago, Illinois 60602 | |
| Telephone: | (312) 578-0049 | |