IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA DREW,<br><br>   Plaintiff,<br>-vs-<br><br>TUTOGEN MEDICAL, INC.,<br>BIOMEDICAL TISSUE SERVICES, LTD.,<br>ZIMMER DENTAL, INC., and APPTEC, INC.,<br><br>   Defendants. | Case No.: 08 C 970<br><br>Removal of Civil Action<br>From the Circuit Court of Cook County<br>Case No. 08 L 0090<br>First District, Law Division |

### CERTIFICATE OF SERVICE BY E-MAIL AND FACSIMILE

To: Kevin J. McNamara       Neville & Mahoney
   McNamara & Austin, P.C.     221 N. LaSalle Street, Suite 2100
   25 E. Washington Street, Suite 1501  Chicago, Illinois 60601
   Chicago, Illinois 60602       (312) 236-3613 – Fax
   kevin@mcnamaraandaustin.com

  The undersigned certifies that a copy of the attached **DEFENDANT TUTOGEN MEDICAL (UNITED STATES), INC.'S JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**, has caused to be served upon the attorneys referenced above, or on the attached service list, BY EMAIL AND BY FACSIMILE, at their respective addresses, before 5:00 p.m. this **27th** day of **February, 2008**.

                /s/ Spyridon J. Demakis
                CUNNINGHAM, MEYER & VEDRINE, P.C.
                Counsel for Defendant
                **TUTOGEN MEDICAL (UNITED STATES), INC.**

Spyridon J. Demakis (ARDC: 6215959)
Cunningham, Meyer & Vedrine, P.C.
111 W. Washington Street, Suite 937
Chicago, Illinois 60602
(312) 578-0049