IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DONNA DREW,                                          )
                                                    )
              Plaintiff,                            )
                                                    )
       v.                                           )        No. 08 C 970
                                                    )
TUTOGEN MEDICAL INC., a foreign corporation, )
and BIOMEDICAL TISSUE SERVICES, LTD., a )
foreign corporation, ZIMMER DENTAL, INC. a )
foreign corporation, and APPTEC, INC., a foreign )
corporation,                                        )
                                                    )
              Defendants.                           )

## MOTION TO VOLUNTARILY DISMISS

       NOW COMES the plaintiff, DONNA DREW, by her attorneys, McNamara & Austin,

P.C., and respectfully moves this Court for the entry of an Order voluntarily dismissing

APPTEC, INC., from the above-captioned matter, without prejudice.

       WHEREFORE, plaintiff, DONNA DREW, respectfully requests this Court to enter an

order of voluntary dismissal as to defendant, APPTEC, INC., only.   The lawsuit shall remain as

to all other named defendants

                                            _/s/ Kevin J. McNamara____
                                            Attorneys for Plaintiff

McNamara & Austin, P.C.
25 E. Washington Street
Suite 1501
Chicago, IL  60602
312-201-8850