IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA DREW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 970 |
| ) | |
| TUTOGEN MEDICAL INC., a foreign corporation, ) | |
| and BIOMEDICAL TISSUE SERVICES, LTD., a ) | |
| foreign corporation, ZIMMER DENTAL, INC. a ) | |
| foreign corporation, and APPTEC, INC., a foreign ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

<u>NOTICE OF MOTION</u>

TO:  Kimberly Kayiwa, Segal, McCambridge, Singer & Mahoney, Ltd., 233 S. Wacker Drive, Suite 5500 Chicago, IL 60606; Kelly Witte, Baker & Daniels, 111 E. Wayne Street, Fort Wayne, IN 46802; Spyridon Demakis, Cunningham, Meyer & Vedrine, 111 W. Washington Street Suite 937  Chicago, IL 60602

   PLEASE TAKE NOTICE that on June 19, 2008, at 11:00 a.m., I will appear before the Honorable Blanche Manning in Room 2125 Dirksen Federal Building, and present Plaintiff's Motion to Voluntarily Dismiss Defendant APPTEC, Inc., a copy of which is attached hereto.

/s/ *Kevin J. McNamara*
_____
McNamara & Austin, P.C.
25 E. Washington Street  Suite 1501
312/201-8850

STATE OF ILLINOIS )
                 ) SS.
COUNTY OF C O O K )

Kevin McNamara, being first duly sworn on oath, deposes and says he served a copy of the above Notice, together with copies of the foregoing, upon the above-named attorney(s) by placing a true and correct copy in a properly addressed envelope, first class postage prepaid, and depositing same in the U.S. Mail Chute located at 25 E. Washington Street, Chicago, IL this 11th day of June, 2008.

/s/ *Kevin J. McNamara*
_____

SUBSCRIBED AND SWORN to
before me this 11TH day of June, 2008
/s/ *Edward Austin*
_____
NOTARY PUBLIC