Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 970 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Drew vs. Totogen Medical Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to voluntarily dismiss defendant APPTEC, Inc. [15] is granted. Movant is reminded that pursuant to Court's General Order on Electronic Case Filing of May 19, 2005, courtesy copies of all pleadings shall be provided to the court at least 24 hours following the filing of pleadings.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | rs |
|---|---|---|