William T.

Walsh  Clerk

# UNITED STATES DISTRICT COURT
# MARTIN LUTHER KING, JR.
# FEDERAL BLD & U.S. COURTHOUSE
# 50 WALNUT STREET
# P.O. BOX 419 NEWARK, N.J.
# 07101-0419

### (973) 645-4555

CAMDEN OFFICE

USPO &

Courthouse 401

Market Street

Camden, N.J.

08101

TRENTON OFFICE
402 East State
Street P.O. Box
515 Trenton, N.J.
08603

**U.S. District Court for**
  **the Northern District of Illinois**
**Everett McKinley Dirksen Building**
**291 South Dearborn Street, 20th Floor**
**Attention: Michael J. Dobbins, Clerk**

## 08 C 970

Date: June 23, 2008

*2nd Request 1/15/08*

## TLMS

## FILED

### JUNE 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____     **Re: MDL -1763 – In re Human Tissue Products Liability Litigation**

Northern District of Illinois No. 1:08-970
Donna Drew vs. Tutogen Medical, Inc., etal
USDC No.   N/A

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled actions presently pending in your Court to the District of New Jersey and assigned to the Honorable William J. Martini, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

If you are a 3.0, 3.1 or 3.2 Court,  please extract the above  listed case  from  your district and transfer through CM/ECF.

Please return the copy of this letter when transmitting your files and certified copies of the docket sheets.

Very truly yours,

WILLIAM T. WALSH, Clerk

Charlie Sanders, Deputy Clerk

Enc.
cc: Jeffery N. Luthi
  Clerk, Judicial Panel on Multidistrict Litigation