**08 C 970**

TLMS

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

       APR - 1 2008

    CLERK'S OFFICE
  JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 14 2008

FILED
CLERK'S OFFICE

**FILED**

**JUNE 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HUMAN TISSUE PRODUCTS LIABILITY
LITIGATION
  Donna Drew v. Tutogen Medical, Inc., et al.,         )
      N.D. Illinois, C.A. No. 1:08-970                 )           MDL No. 1763

## CONDITIONAL TRANSFER ORDER (CTO-39)

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 435 F.Supp.2d 1352 (J.P.M.L. 2006). Since that time, 196 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

```
A CERTIFIED TRUE COPY

       JUN 2 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By _____
        Deputy Clerk

IN RE: HUMAN TISSUE PRODUCTS LIABILITY
LITIGATION

MDL No. 1763

## INVOLVED COUNSEL LIST (CTO-39)

Denise B. Bense
COZEN O'CONNOR
200 Four Falls Corporate Center
Suite 400
W. Conshohocken, PA 19428-0800

Phillip M. Crane
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Joseph J. DePalma
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003

Spyridon Demakis
CUNNINGHAM MEYER & VEDRINE PC
111 West Washington Street
Suite 937
Chicago, IL 60602

Kevin J. McNamara
NEVILLE PAPPAS & MAHONEY
221 North LaSalle Street
Suite 2100
Chicago, IL 60601

Christopher M. Placittella
COHEN PLACITELLA & ROTH PC
115 Maple Avenue
Red Bank, NJ 07701