

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
   CLERK

July 15, 2008

United States District Court
Martin Luther King Jr. Fed. Bldg and U.S. Courthouse
50 Walnut Street - P.O. Box 419
Newark, NJ 07101-0419


RE:   Donna Drew vs. Tutogen Medical, Inc. , et. al.
Case No:      08 C 970

Dear Clerk:

Pursuant to the MDL order entered by the MDL Panel on 06/23/08, the above record


■      was electronically transmitted to the District of Newark, N.J.


Please acknowledge receipt of any paper documents on the enclosed copy of this letter.


                              Sincerely yours,
                              **Michael W. Dobbins, Clerk**

                         By:   */s/ Thelma Murry-Sykes*
                              Deputy Clerk


Enclosures




New Case No. _____        Date _____



c:     Non-ECF Attorneys and Pro se Parties